```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 01801
    JAMES C PERKINS
    JUDY L PERKINS                        CHAPTER 13

                                          JUDGE: BRUCE W BLACK

            Debtor
    SSN XXX-XX-4848    SSN XXX-XX-3842


-----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 02/02/07 and confirmed on 07/17/07.

    2.  The case was converted to Chapter 7 after confirmation, 07/28/2008.

    3.  The Debtor paid a total of $  11436.06 .

    4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| LITTON LOAN SERVICING IN | CURRENT MORTG | .00 | .00 | .00 |
| LITTON LOAN SERVICING IN | MORTGAGE ARRE | 10047.08 | .00 | 7895.52 |
| SAXON MORTGAGE SERVICES | SECURED | .00 | .00 | .00 |
| SAXON MORTGAGE SERVICES | MORTGAGE ARRE | 1589.81 | .00 | 1589.81 |
| CASTLE BANK | CURRENT MORTG | .00 | .00 | .00 |
| KENDALL COUNTY COLLECTOR | PRIORITY | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 11159.41 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 23157.63 | .00 | .00 |
| ARGENT HEALTHCARE FIN SE | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 8221.52 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 748.39 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 6081.66 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 11413.39 | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 4232.53 | .00 | .00 |
| BP AMOCO | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 7277.02 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 7832.73 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 13708.81 | .00 | .00 |
| DAVID SKARIN DDS | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | 14705.52 | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| DISCOVER BANK | UNSECURED | 13844.12 | .00 | .00 |
| EMERGENCY TREATMENT SC | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 2571.71 | .00 | .00 |
| HSBC CREDIT SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| UNIVERSITY OF ILL STUDEN | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1594.38 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 689.66 | .00 | .00 |

```
ECAST SETTLEMENT CORPORA UNSECURED        1210.70              .00            .00
        Summary of disbursements:
------------------------------------------------------------------------
                    SECURED     PRIORITY   UNSECURED       OTHER       TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED  11636.89         .00   128449.18         .00   140086.07
PRINCIPAL PAID       9485.33         .00         .00         .00     9485.33
INTEREST PAID            .00         .00         .00         .00          .00
TOTAL PAID           9485.33         .00         .00         .00     9485.33
```

The Debtor's attorney, SCHOTTLER & ASSOC                , was allowed $   2500.00
and was paid $   1000.00  direct and $   1500.00  through the plan.

The Trustee received $    450.73 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


     Dated: 10/09/08              /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE




                              PAGE   2
        CASE NO. 07 B 01801 JAMES C PERKINS & JUDY L PERKINS